# United States District Court
## Southern District of Georgia



FILED
U.S. DISTRICT COURT

2006 NOV 15 A 11: 02

J. LaVictoire

| | | |
|---|---|---|
| **CHRISTOPHER SHINHOLSTER** | Case No. | cv 606-073 |
| Plaintiff | | |
| v. | Appearing on behalf of | |
| **WARDEN GLENN RICH, et al** | **LIEUTENANT BYRD** | |
| Defendant | (Plaintiff/Defendant) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 15th day of November, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** WILLIAM CLINTON RHODES

**Business Address:** Self
Firm/Business Name

Post Office Box 856
Street Address

_____ Snellville      Ga.   30078
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2                City,  State, Zip
770-978-0578 O  770-736-6195 ⌂  602410
Telephone Number (w/ area code)   Georgia Bar Number